**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **E.B.,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Case No. 4:26-cv-1269-CDL-CHW** |
| | : | **28 U.S.C. § 2241** |
| **Warden, STEWART** | : | |
| **DETENTION CENTER,**[1] | : | |
| **Respondent.** | : | |

**ORDER TO ANSWER**

Petitioner has applied for habeas corpus relief under 28 U.S.C. § 2241 (ECF No. 1). Pursuant to the memorandum of understanding with the United States Attorney for the Middle District of Georgia, a copy of the petition and a copy of this Order shall be automatically served on the United States Attorney and Respondents electronically through CM/ECF.

Pursuant to 28 U.S.C. § 2243, Respondent shall have **three (3)** days to file a comprehensive return to the petition. In the return, Respondent shall specifically state the statutory basis for Petitioner's detention. Respondent is further **ORDERED** to produce all evidence supporting Petitioner's detention within three (3) days. The Court will schedule a hearing as appropriate following the receipt of Respondent's return.

**SO ORDERED**, this 13th day of October 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

---

[1] [T]he default rule [for claims under 28 U.S.C. § 2241] is that the proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official." *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004) (citations omitted). The Clerk's office is **DIRECTED** to change the docket to reflect the Warden of Stewart Detention Center as the sole appropriately named respondent in this action.